# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | 06-365-1 |
| | : | |
| LAVAR BROWN | : | CIVIL ACTION |
| | : | 16-2208 |

## ORDER

**AND NOW**, this **9th day** of **March, 2022**, it is **ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 147) is **DENIED**. A certificate of appealability will not issue.[1]

        *S/Anita B. Brody*
        ANITA B. BRODY, J.

Copies ecf _____ to:    Copies mailed 03-09-2022 to:

        Lavar Brown, defendant

---

[1] In the Third Circuit, a certificate of appealability is granted only if the petitioner makes: "(1) a credible showing that the district court's procedural ruling was incorrect; and (2) a substantial showing that the underlying habeas petition alleges a deprivation of constitutional rights." *Morris v. Horn*, 187 F.3d 333, 340 (3d Cir. 1999). Brown has not made such a showing.

1